# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOEL ANGUIANO-BARRETO,

    Plaintiff,

vs.

BRIAN WILLIAMS, et al.,

    Defendants.

Case No. 2:13-cv-01991-JCM-NJK

**ORDER**

    Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983, an application to proceed in forma pauperis (#3), and a notice of change of address (#2). When plaintiff commenced this action, he was a prisoner in the custody of the Nevada Department of Corrections. The application (#3) contains his prison financial information. However, on the same date that he filed the application (#3) he also notified the court that he now lives in a residence in Escondido, California. The information in the application (#3) is no longer relevant. Plaintiff will need to file a new application with updated information, or he will need to pay the filing fee of $350.00.

    IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (#3) is **DENIED** without prejudice.

///
///
///
///
///

1  IT IS FURTHER ORDERED that the clerk of the court shall send to plaintiff a copy of Form
2  AO 240, Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form).
3  Plaintiff shall have 30 days from the date of entry of this order to complete and file that application
4  with this court or, in the alternative, to pay the filing fee of $350.00.  Failure to comply with this
5  order will result in the dismissal of this action.
6  DATED:   June 12, 2014.

_____
JAMES C. MAHAN
United States District Judge