# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JOEL ANGUIANO-BARRETO,

    Plaintiff,

vs.

BRIAN WILLIAMS, et al.,

    Defendants.

Case No. 2:13-cv-01991-RFB-NJK

**ORDER**

The Court directed plaintiff either to pay the filing fee or to submit a new application to proceed in forma pauperis. Order of June 12, 2014 (#4). Plaintiff has not complied with the Court's order within the allotted time.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for Plaintiff's failure to comply with the Court's order. The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that an appeal from the judgment would not be taken in good faith.

DATED: October 22, 2014.

_____
RICHARD F. BOULWARE, II
United States District Judge